**FILED**
Thursday, 08 July, 2004 10:52:02 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| SENIOR CONGREGATE FACILITY, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LAWYERS TITLE CO. OF NEVADA, INC., & ) <br> LAWYERS TITLE CO. OF HOUSTON, INC., ) <br> ) <br> Defendants. ) <br> ) | Case No. 04-2020 |

**O R D E R**

On June 22, 2004, the Magistrate Judge filed a Report and Recommendation (#27) in the above cause, recommending that this court grant Defendants' motions to dismiss (#12 and #22). On July 1, 2004, Plaintiff filed its Exception to the Report and Recommendation (#28).

This court has reviewed the Magistrate Judge's reasoning and Plaintiff's objections. After a thorough and careful de novo review, this court agrees with and accepts the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED:
    (1)    The Magistrate Judge's Report and Recommendation (#27) is accepted.
    (2)    Defendant's Motion to Dismiss (#12) is GRANTED.
    (3)    Defendant's Motion to Dismiss (#22) is GRANTED.
    (4)    This case is terminated for lack of personal jurisdiction.

ENTERED this 7th day of July, 2004.

    s/ Michael P. McCuskey
    U.S. DISTRICT JUDGE