**FILED**
Thursday, 08 July, 2004  10:52:02 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **SENIOR CONGREGATE FACILITY, LLC,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Case No. 04-2020<br>) |
| **LAWYERS TITLE CO. OF NEVADA, INC., &**<br>**LAWYERS TITLE CO. OF HOUSTON, INC.,** | )<br>)<br>) |
| **Defendants.** | )<br>) |

## O R D E R

On June 22, 2004, the Magistrate Judge filed a Report and Recommendation (#27) in the above cause, recommending that this court grant Defendants' motions to dismiss (#12 and #22). On July 1, 2004, Plaintiff filed its Exception to the Report and Recommendation (#28).

This court has reviewed the Magistrate Judge's reasoning and Plaintiff's objections. After a thorough and careful de novo review, this court agrees with and accepts the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED:
    (1)    The Magistrate Judge's Report and Recommendation (#27) is accepted.
    (2)    Defendant's Motion to Dismiss (#12) is GRANTED.
    (3)    Defendant's Motion to Dismiss (#22) is GRANTED.
    (4)    This case is terminated for lack of personal jurisdiction.

ENTERED this 7th day of July, 2004.

                s/ Michael P. McCuskey
                U.S. DISTRICT JUDGE