FILED
Thursday, 08 July, 2004  10:52:02 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| SENIOR CONGREGATE FACILITY, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-2020 |
| ) | |
| LAWYERS TITLE CO. OF NEVADA, INC., & ) | |
| LAWYERS TITLE CO. OF HOUSTON, INC., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On June 22, 2004, the Magistrate Judge filed a Report and Recommendation (#27) in the above cause, recommending that this court grant Defendants' motions to dismiss (#12 and #22). On July 1, 2004, Plaintiff filed its Exception to the Report and Recommendation (#28).

This court has reviewed the Magistrate Judge's reasoning and Plaintiff's objections. After a thorough and careful de novo review, this court agrees with and accepts the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED:
(1) The Magistrate Judge's Report and Recommendation (#27) is accepted.
(2) Defendant's Motion to Dismiss (#12) is GRANTED.
(3) Defendant's Motion to Dismiss (#22) is GRANTED.
(4) This case is terminated for lack of personal jurisdiction.

ENTERED this 7th day of July, 2004.

s/ Michael P. McCuskey
U.S. DISTRICT JUDGE