# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**SENIOR CONGREGATE FACILITY, LLC,**
    **Plaintiff,**

    vs.                        Case Number:   **04-2020**

**LAWYERS TITLE CO. OF NEVADA, INC &
LAWYERS TITLE CO. OF HOUSTON, INC.,**
    **Defendants.**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is terminated for lack of personal jurisdiction.

ENTER this 8th day of July, 2004.

s/John M. Waters
JOHN M. WATERS, CLERK

s/S. Johnson
BY:  DEPUTY CLERK

AO 450 (Rev. 5/85) Judgment in a Civil Case